Form odspb–odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**1415 State Street, Santa Barbara, CA 93101–2511**

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Joe Angus McKenna

**BANKRUPTCY NO.** 9:24–bk–10921–RC

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6946
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/30/24

**JOINT DEBTOR INFORMATION:**
Ruth Allison McKenna

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7377
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 8/30/24

**Address:**
317 #A E. Prune Ave
Lompoc, CA 93436

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: August 30, 2024

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb–odspab/autodismi Rev. 06/2017

**10 / BH**